**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF ALABAMA**

**(SOUTHERN DIVISION)**

Darrell Williams-Bey, Authorized Representative, Natural Person, In Propria Persona:

Ex Relatione DARRELL WILLIAMS

All Rights Reserved: U.C.C. 1-201/1-308; U.C.C. 1-103

Plaintiff,

v.                                                    Civil Action No.: 1:17-cv-057-KD-M

BRIAN S. HOLLINGHEAD, et al.,

Defendant(s).

**COMPLAINT FOR DAMAGES AND OTHER RELIEF**

**[FOR A NATURAL PERSON]**

**JURISDICTION**

This action containing complaints for declaratory relief and for damages is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Comes now, Darrell Williams Bey ex rel. DARRELL WILLIAMS, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; Possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a

descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extend from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 20

"If any Citizen of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a Moor, or on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II.

## PARTIES

Plaintiff

Darrell Williams Bey ex rel. DARRELL WILLIAMS, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; Possessing Free-hold by Inheritance status   [a natural being, 'Natural Person'] 7470 A Twin Beach Road Near Fairhope, AL [36532]; email: @cocojusticebey@gmail.com

Defendant(s)

1. Brian S. Hollinghead / Police Officer / Daphne Police Department, 1502 U.S. 98 Daphne, AL 36526.

2. Carl R. Donnelly / Police Officer / Daphne Police Department, 1502 U.S. 98 Daphne, AL 36526.

3. Kenny D. Hempfler / Police Officer / Daphne Police Department, 1502 U.S. 98 Daphne, AL 36526.

4. David B. Carpenter, II / Chief of Police / Daphne Police Department, 1502 U.S. 98 Daphne, AL 36526.

5. Leah Fort / Clerk / Daphne Municipal Court, 1502 U.S. 98 Daphne, AL 36526.

6. Nicole Wing / Magistrate / Daphne Municipal Court, 1502 U.S. 98 Daphne, AL 36526.

7. Michael Hoyt / Judge / Daphne Municipal Court, 1502 U.S. 98 Daphne, AL 36526.

8. James Maurice Stroggins / prosecution counsel / Daphne Municipal Court, 1502 U.S. 98 Daphne, AL 36526.

9. Dane Haygood / Mayor / City of Daphne, P.O. Box 400 Daphne, AL 36526.

10. Tommie Conaway/Successor / councilwoman / City of Daphne, P.O. Box 400 Daphne, AL 36526.

11. Pat Rudicell/Successor / council / City of Daphne, P.O. Box 400 Daphne, AL 36526.

12. John Lake/Successor / councilman / City of Daphne, P.O. Box 400 Daphne, AL 36526.

13. Randy Fry/Successor / councilman / City of Daphne, P.O. Box 400 Daphne, AL 36526.

14. Ron Scott/Successor / councilman / City of Daphne, P.O. Box 400 Daphne, AL 36526.

15. Robin Lejeune/Successor / council / City of Daphne, P.O. Box 400 Daphne, AL 36526.

16. Joe Davis, III/Successor / councilman / City of Daphne, P.O. Box 400 Daphne, AL 36526.

## III:

## INTRODUCTION

This is an action brought by the Plaintiff Darrell William Bey, ex rel. DARRELL WILLIAMS, [a 'natural person'] (hereinafter referred to as "Plaintiff") pursuant to 28 U.S.C. §§ 241, 242, 245 1331, 1332, 1330; against individual policemen, court officials, employees, and supervisors, and the City of Daphne for damages and other relief arising out of fraud, other unconstitutional policies and actions, and common law claims arising out of an unauthorized, stop, arrest, prosecution, sentencing, and resentencing by Defendant(s) on or about October 7, 2013 until April 28, 2015.

Plaintiff brings this action against defendants to redress the deprivation of rights secured plaintiff by the I, IV, V, VI, VII, VIII, IX AND X Amendments to the

United States Constitution, the Common Law, Treaties, federal statutes, and International Law.

Plaintiff's domicile is within the American territory as a national. Each defendant is, upon information and belief, operating in a jurisdiction foreign to that of the Plaintiff, the United States (Republic) and the Alabama (Republic). The controversy exceeds $1,000,000.00.

Defendant City of Daphne operates and governs the Daphne Police Department and the Daphne Municipal Court by Charter, i.e., it is listed as a 'Corporation' in the Alabama Secretary of State Business Entity database and is , therefore, "an entity entirely separate from government." Notwithstanding any other Alabama code section that is also superseded by federal law, the alleged officers are not even employees of a government entity. Through its charter the government descended to the level of a mere private corporation and takes on the character of a mere private citizen. For the purpose of suit, such corporations and individuals are regarded as an entity entirely separate from government.

Defendant Policemen David B. Carpenter, II, Brain S. Hollinghead, Carl R. Donnelly, and Kenny D. Hempflen; Defendant employees Nicole Wing, Leah Fort, Michael Hoyt, and James M. Stroggins; Defendant Officers Dane Haygood, Tommie Conaway, Pat Rudicell,  John Lake, Randy Fry, Ron Scott, Robin Lejeune, Joe Davis, III or their successors are sued both individually and in their official capacities. At all pertinent times, defendant employees, officers and supervisors were employed by either the City of Daphne, Daphne Police Department or Daphne Municipal Court.

At all pertinent times, defendants' acts or omissions were under color of law, of a statute, ordinance, regulation, custom, or usage in violation of the law of Nations or Treaties of the United States.

Facts:

Plaintiff while traveling on a public highway near Chateauguay drive near the corporate exercised limits of Daphne, Alabama, was stopped and arrested by policemen / prosecuting witnesses / agents  Brain S. Hollinghead(Badge #300), Carl R. Donnelly(Badge #166), and Kenny D. Hempflen(Badge #280); employed by the Police Department of Daphne, Alabama on October 7, 2013 who alleged Plaintiff was in violation of Alabama Law, i. e. driving under the influence of alcohol and driving while suspended pursuant a Daphne City Ordinance adopting the driving regulations, which is private policy(being classed as law). Plaintiff made a "Reservation of Rights" as stated on the tickets/suits/complaint # N3149394, N3149395 and signed for the record; correct spelling of name. The tickets/suits/complaints were turned over to the municipal clerk for processing. Upon making bond, Plaintiff was served a copy of ticket/suit, citations/bills of exchange, (misrepresented as lawful warrants, etc.) Plaintiff filed an Affidavit of fact / writ in nature of discovery on or about October 29, 2013, (Defendant Hoyt denied ) along with certified evidence of plaintiff's status / identification and that the Daphne Municipal court was is an unconstitutional, private corporation, not delegated by congress, under Article III, § 2 of the Constitution; and that the officers does not, and did not provide 'Due Process' protected and secured for the people, by amendments I, IV, V, VI, VII, VIII, IX and X of the Constitution for the United States (Republic). Shortly after Plaintiff notified Daphne Municipal Court (in accord with the substantive rights retained by plaintiff) of his Moorish-American (identification / status), and that the Plaintiff was not, does not waive any inalienable rights to due process; and affirmed that the Daphne Municipal Court did not have lawful authority to adjudicate any action against plaintiff in its court of limited jurisdiction. The officers of Daphne Municipal Court (pursuant ordinance created by agents / city council of the City of Daphne) commanded that

plaintiff be jail; 365 days for driving under the influence of alcohol, and 180 days for driving while suspended, pay $2500 imposed under threat, duress, and coercion with a 'man of straw' / misnomer word, misrepresented as implying my name, typed upon the order / instrument, and was improperly spelled, "DARRELL WILLIAMS" in ALL CAPITAL LETTERS. That misnomer and corporate name, "DARRELL WILLIAMS" is clearly (an artificial-person / entity); is not me, the natural person; is a deliberate grammatical error, intended for injury to me; and is clearly not of consanguine relationship to me or to my Moorish Family Bloodline. After being restrained for seven (7) months, defendant Hoyt ordered plaintiff's released, and order a new sentence with probation for the remaining five (5) months in That misnomer and corporate name, "DARRELL WILLIAMS" which is clearly (an artificial-person / entity) without plaintiff's consent (plaintiff refused to sign the additional unauthorized acts of the defendant). Plaintiff has been rearrested twice since the before mentioned actions, and most recently detained on a warrant issued by that entity where about having pledge a $500.00 bond to appear before Daphne Municipal Court on January 24, 20017. This cause comes in respond to defendant(s) acts or omission as revealed heretofore and continued threat of revocation of probation ordered without jurisdiction.

**IV.**

**COUNT I:** Defendant Policemen Brian S. Hollinghead, Carl R. Donnelly, and Kenny D. Hempflen (Claim for Compensatory and Punitive Damages)

Plaintiff incorporates by reference sections 1 through 3.

Defendant Policemen Brain S. Hollinghead, Carl R. Donnelly, and Kenny D. Hempflen, with want of jurisdiction did knowingly and willingly conspiring(under a color of authority) to deny this plaintiff, (after plaintiff made a reservation of

rights and stating for the record; name, correct spelling of name, and national status) his Inalienable Rights, The Right to a name and Nationality of his choosing, The Right to life, liberty and pursuit of happiness, entails in the First Amendment(the Right to travel), The Due Process and Equal Protection Rights under the Fifth Amendment; Breach their fiduciary duties and official oaths to uphold and support Article VI of the Constitution; and thus violating plaintiff's substantive rights;

**COUNT II**: Defendants Nicole Wing, Leah Fort, Michael Hoyt, and James M. Stroggins (Claim for Compensatory and Punitive Damages)

Plaintiff incorporates by general reference sections 1 through 3 and count 1. Defendants Nicole Wing, Leah Fort, Michael Hoyt, and James M. Stroggins(hereinafter referred to jointly as "Officers of Daphne Municipal Court") with want of jurisdiction did knowing and willingly conspiring (under a color of authority) to deny this plaintiff, (after plaintiff made it known / presented evidence that Daphne Municipal Court is an unconstitutional, private corporation, not delegated by congress under Article III § 2 of the Constitution) 'Due Process' protected and secured for the People, by amendments I, IV, V, VI, VII, VIII, IX, and X of the United States Constitution(Republic);

**COUNT III**: Defendants Nicole Wing, Leah Fort, Michael Hoyt, and James M. Stroggins (Claim for Compensatory and Punitive Damages)

Plaintiff incorporates by general reference sections 1 through 3 and count 1 and 2. Defendant Officers of the Daphne Municipal Court with want of jurisdiction did knowingly and willingly conspiring (under a color of authority) command that the plaintiff be jailed, pay fines and cost imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed on the order / instrument, and was improperly spelled, "DARRELL

WILLIAMS" in ALL CAPITAL LETTERS; in violation of plaintiff's secured rights to his name and nationality, international law, obligations of the officers of the court, their fiduciary duties and official oaths to uphold and support Article VI of the Constitution, thus violating plaintiff's substantive rights. Article 1 and 5 'The rights of indigenous people', and Article 15 of the Declaration of Human Rights;

**COUNT IV**: Defendant Michael Hoyt (Claim for Compensatory and Punitive Damages)

Plaintiff incorporates by general reference sections 1 through 3 and count 1 through 3. Defendant Michael Hoyt alleged and assumed the Plaintiff of being a corporate wardship 14 Amendment artificial negro person/citizen, which resulted in an unlawful arrest-of-rights, immunities and liberties; in violation of the fourth (IV) Amendment of the Constitution for the United States (Republic), by way of violating the Treaty of Peace and Friendship of Eighteen Hundred-Thirty-Six (1836) A.D.; Congressional Resolution #75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights' of (1948) A.D.; a violation of 'The Declaration of the Rights of Child' of 1959, and violating 'The Rights of Indigenous People';

**COUNT V**: Defendants Nicole Wing, Leah Fort, Michael Hoyt, and James M. Stroggins (Claim for Compensatory and Punitive Damages)

Plaintiff incorporates by general reference sections 1 through 3 and count 1 through 4.

Defendant Officers of the Daphne Municipal Court with 'want of jurisdiction' did knowingly and willingly (under a color-of- authority) commit 'fraud' against Plaintiff by abusing their limited authority, (thereby breach their fiduciary duties)

in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of the Bill of Rights of (1791) A.D. impeding the Peoples' Right to due Process under the Law, and Equal Protection of the law, Article I § 10 of the Constitution for the United States of America (Republic) which secures Plaintiff's right to contract; thereby conspired to commit fraud against the United States (Republic), the Alabama Republic and Plaintiff;

**COUNT VI**: Officers Dane Haygood, Tommie Conaway, Pat Rudicell,  John Lake, Randy Fry, Ron Scott, Robin Lejeune, Joe Davis Defendants employees Nicole Wing, Leah Fort, Michael Hoyt, and James M. Streggins; Defendant Policemen Brain S. Hollinghead, Carl R. Donnelly, and Kenny D. Hempflen (Compensatory and Punitive Damages)

Plaintiff incorporates by general reference sections 1 through 3 and count 1 through 5.

Defendant State of Alabama/City of Daphne/ by way of its officers, employees and contractors, violated,  through its commercial agencies, on the drivers Licenses, and other misrepresented instruments, has committed 'Fraud' against plaintiff to accomplish what is called in legal contemplation, "Capitis Diminutio Maxims", which is that my natural name has been murdered and I was resurrected as a non-natural, created entity subject to regulation and denied the protections of National and International Law; constituting fraud and denial  of due process of law and freedom from the practice and policies of Apartheid, and the right not to be compelled to perform under any contract or agreement not entered into voluntarily, intentionally and knowingly;

**COUNT  VII**: Defendant  Officers  Dane  Haygood,  Tommie  Conaway,  Pat Rudicell, John Lake, Randy Fry, Ron Scott, Robin Lejeune, Joe Davis; Defendants

employees Nicole Wing, Leah Fort, Michael Hoyt, and James M. Stroggins; Defendant Policemen Brain S. Hollinghead, Carl R. Donnelly, and Kenny D. Hempflen   (Compensatory and Punitive Damages) Plaintiff incorporates by general reference sections 1 through 3 and count 1through 6.

Defendant City of Daphne / Daphne Police Department / Daphne Municipal Court, by way of its officers, employees and contractors, violated   'Due Process' and conspired to deprive rights of plaintiff; and did neglect to prevent deprivation of rights at federal law; by creation of and enforcement of  policies, ordinances without Constitutional authority use to plaintiff's injury;

**COUNT VIII**: Defendant Michael Hoyt (Claim for Compensatory and Punitive)

Plaintiff incorporates by general reference sections 1 through 3 and count 1 through 7.

Defendant Michael Hoyt with the 'want of jurisdiction' did knowingly and willingly  (under a color-of-authority) act as organ of a Court adjudicated legal process against plaintiff and failed to correct the wrongs that were addressed, thereby committed fraud, perjury on his oath of office, deprived plaintiff of rights, conspired to deprive rights, and committed extortion of rights.

**V.**

**RELIEF**

1. Plaintiff demand due process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2. Plaintiff Demand this United States District Court for the Southern District of Alabama stop these abuse of colorable authority by Defendants as it pertain to this plaintiff.

3. Plaintiff Demands if any criminal charges be found, let them be placed upon Defendant.

4. Plaintiff Demands this United States District Court view this plaintiff (in my proper person) as a Moorish American National (Natural born citizen of the land) and not as a (brand) Negro, Blackman (person), Colored, African American, or any other Slave Title or 'nom de guerre' imposed upon me for misrepresentation 'actions' or other acts of 'misprision' that a misdirected society may "believe" to be true.

5. Plaintiff Demand all city, county and state officials are to be informed of the law of the land (constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the law.

6. Any Defendant, corporate or natural, party-claimant; involvement be found guilty of the charges and shall result in immediate recusal of office.

7. Defendant City of Daphne is being sued for $2,000,000.00 for each count for compensatory damages and $1,000,000.00 for punitive damages in its official capacity.

8. Defendant Daphne Municipal Court is being sued for $2,000,000.00 for each count for compensatory damages and $1,000,000.00 for punitive damages in its official capacity.

9. Defendant Daphne Police Department is being sued for $2,000.000.00 for each count for compensatory damages and $1,000.000.00 for punitive damages in its official capacity.

10. Defendant Policemen David B. Carpenter, II, Brain S. Hollinghead, Carl R. Donnelly, and Kenny D. Hempflen each are being sued for $1,000,000.00

compensatory damages and $1,000,000.00 for punitive damages in their private capacity.

11. Defendant officers of the Daphne Municipal Court Nicole Wing, Leah Fort, Michael Hoyt, and James Maurice Stroggins each, are being sued for $1,000,000.00 for compensatory damages and for 1,000,000.00 punitive damages in their private capacity.

12. Defendant Officers of the City of Daphne Dane Haygood, Tommie Conaway, Pat Rudicell, John Lake, Randy Fry, Ron Scott, Robin Lejeune, and Joe Davis, III each are being sued for 1,000,000.00 for compensatory damages and $1,000,000.00 for punitive damages in their private capacity.

**TRAIL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

**VII.**

**AFFIRMATION**

I affirm under the penalty of perjury that the facts set out in this complaint are true and correct as best of my knowledge and beliefs under the laws of the United States of America (Republic) pursuant 28 U.S.C. 1746.

Done this 1 day of February 2017.

I am: _uCC 1-308_ _Darrell Williams Bey_

Darrell Williams Bey, A Free Moor and Authorized Representative Natural Person, In Propria Persona: Ex Relatione DARRELL WILLIAMS

U.C.C. 1-207/1-308; U.C.C. 1-103

7470 A Twin Beach Road

Near Fairhope, Alabama [36532]